UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

MARK EDELSBERG,
individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

SG OF POMPANO, LLC a/k/a
PERFORMANCE NISSAN,

      Defendant.
_____/

## NOTICE OF REMOVAL

Defendant, SG of Pompano, LLC, a/k/a Performance Nissan ("Performance Nissan"), through its undersigned counsel, hereby files this Notice of Removal of the above-captioned case from the Circuit Court of the Seventeenth Judicial District of the State of Florida, in and for Broward County, to the United States District Court for the Southern District of Florida.

1. Plaintiff, Mark Edelsberg ("Mr. Edelsberg"), commenced this lawsuit by filing a Complaint (Case No. CACE16-015972) on behalf of himself and purportedly on behalf of all others similarly situated in the Circuit Court of the Seventeenth Judicial District, in and for Broward County.

2. Performance Nissan received a copy of the Complaint and Summons on September 16, 2016. A true and correct copy of these documents is attached hereto as Exhibit "A."

I.  **JURISDICTIONAL BASIS FOR REMOVAL**

3. 28 U.S.C. § 1441(a) provides that any civil action brought in state court may be removed to the appropriate federal district court where the federal court has original jurisdiction over the action. This Court has original, "federal question" jurisdiction pursuant to 28 U.S.C. § 1331, which provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

4. The single-count Complaint is based exclusively upon federal law. In particular, Mr. Edelsberg alleges that Performance Nissan sent him and members of the putative class a text message in violation of the Telephone Consumer Protection Act (the "TCPA"), 47 U.S.C. § 227. Accordingly, the Complaint arises under the laws of the United States. *See Mims v. Arrow Fin. Servs. Inc.*, 132 S.Ct. 740, 747 (2012) (determining that federal courts have subject matter jurisdiction over actions brought under the TCPA).

II. **ALL PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED**

5. In compliance with the requirements of 28 U.S.C. § 1446(a), the Summons and the Complaint are attached to this Notice as Exhibit "A." No other process, pleadings, or orders have been served on Performance Nissan in regard to the above-captioned action.

6. This Notice is timely filed within the period prescribed by 28 U.S.C. § 1441(b)(1) because it is filed within thirty days of Performance Nissan's receipt of the Complaint.

7. In compliance with the requirements of 28 U.S.C. § 1446(d), a copy of this Notice will be filed promptly in the Circuit Court of the Seventeenth Judicial District, in and for Broward County, Florida.

**WHEREFORE**, Performance Nissan hereby gives notice of the removal of this action from the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward Country, Florida to the United States District Court for the Southern District of Florida.

Respectfully submitted,

SHUTTS & BOWEN LLP
*Attorneys for Performance Nissan*

By: /s/ *Daniel T. Stabile*
Daniel Tramel Stabile
Florida Bar No. 95750
DStabile@shutts.com
Marcela Lozano
Florida Bar. No. 73882
MLozano@shutts.com

200 S. Biscayne Blvd., Suite 4100
Miami, Florida 33131
(t) (305) 415-9063
(f) (305) 347-7714

*Notice of Removal*
*Page 4*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 12, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record as identified below via transmission of Notice of Electronic Filing generated by CM/ECF.

**SHAMIS & GENTILE, P.A.**
*Attorneys for Plaintiff*
Andrew J. Shamis, Esq.
14 NE 1st Avenue, Suite 400
Miami, Florida 33132
(T) (305) 479-2299
(F) (786) 623-0915
(E) efilings@sflinjuryattorneys.com

／s/ ***Daniel T. Stabile***
Daniel T. Stabile

MIADOCS 13751973 3